■ In the Matter of Norman Thompson, Petitioner, v Glenn
S. Goord, as Commissioner of Correctional Services, Respon-
dent. [816 NYS2d 913]—Proceeding pursuant to CPLR article 78
(transferred to this Court by order of the Supreme Court,
entered in Albany County) to review a determination of respon-
dent which found petitioner guilty of violating certain prison
disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding chal-
lenging a determination finding him guilty of violating the
prison disciplinary rules which prohibit extortion and drug pos-
session. The Attorney General has advised this Court that the
determination at issue has been administratively reversed and
that all references thereto have been expunged from petitioner's
institutional record. Inasmuch as petitioner has received all the
relief to which he is entitled, the matter is dismissed as moot
(*see Matter of Jenkins v Goord*, 24 AD3d 923 [2005]).

Cardona, P.J., Crew III, Carpinello, Rose and Lahtinen, JJ.,
concur. Adjudged that the petition is dismissed, as moot, without
costs.